Same case below, 337 S.W.3d 95.

No. 11-267. Geoffrey Todd Krasner, Petitioner v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

565 U.S. 978, 132 S. Ct. 543, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7837.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-268. Mitch Hayden, Petitioner v. Pontiac Police Officer Dwight Green.

565 U.S. 978, 132 S. Ct. 543, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7867.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 640 F.3d 150.

No. 11-270. Robert E. Poles, Petitioner v. Brooklyn Community Housing and Services, et al.

565 U.S. 978, 132 S. Ct. 511, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7828.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-273. David Torgerson, et al., Petitioners v. City of Rochester, Minnesota.

565 U.S. 978, 132 S. Ct. 513, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7902.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 643 F.3d 1031.

No. 11-276. Connie Lee Leon, Petitioner v. United States.

565 U.S. 978, 132 S. Ct. 514, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7883.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 357.

No. 11-285. Charles R. Noel, et al., Petitioners v. Carlos Artson, et al.

565 U.S. 978, 132 S. Ct. 516, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7803.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 641 F.3d 580.

No. 11-286. Samson Primm, Petitioner v. Ohio.

565 U.S. 978, 132 S. Ct. 516, 181 L. Ed. 2d 349, 2011 U.S. LEXIS 7765.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.